S. Peter Serrano
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 2 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:25-CR-2097-SAB** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g), 924(a)(8) Felon in Possession of a Firearm |
| ISAIAS AVALOS, | |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about February 2, 2025, in the Eastern District of Washington, the Defendant, ISAIAS AVALOS, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Model XDM, 9mm pistol bearing serial number MG302291, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ISAIAS AVALOS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield Model XDM 9mm pistol bearing serial number MG302291; and,

- 20 rounds of 9mm ammunition.

DATED this 12th day of August 2025.

A TRUE BILL



S. Peter Serrano
United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2